AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

## APPEARANCE

Case Number: 08-mj-00894

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Paul Lupie

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/4/2008 | *(signature)* |
| Date | Signature |
| | Carolyn Barth Renzin — CBR-8640 |
| | Print Name — Bar Number |
| | Stillman, Friedman & Shechtman, P.C.   425 Park Avenue |
| | Address |
| | New York — New York — 10022 |
| | City — State — Zip Code |
| | (212) 223-0200 — (212) 223-1942 |
| | Phone Number — Fax Number |